# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ROBERT COLLINS,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 75635

**FILED**

MAY 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion seeking emergency injunctive relief and transferring venue. First Judicial District Court, Carson City; James Todd Russell, Judge.

Because no statute or court rule permits an appeal from an order denying a motion seeking emergency injunctive relief and transferring venue in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. James Todd Russell, District Judge
      Mark Robert Collins
      Attorney General/Carson City
      Carson City Clerk

18-19279